THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ROMULO ROSARIO, Appellant.

Submitted January 17, 1955; decided January 20, 1955.

Motion to amend the remittitur denied. [See 308 N. Y. 723.]